# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2006

128510

PAMELA PEREZ,
          Plaintiff-Appellant,

v

FORD MOTOR COMPANY and
DANIEL P. BENNETT,
          Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128510
COA: 249737
Wayne CC: 01-134649-CL

_____/

On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and REMAND this case to that court for reconsideration in light of *Elezovic v Ford Motor Company*, 472 Mich 408 (2005).

We do not retain jurisdiction.

CAVANAGH, J., dissents and states as follows:

I would grant leave to appeal to reexamine the wisdom of holding an agent of an employer individually liable under the Civil Rights Act, MCL 37.2101 *et seq*.

WEAVER and KELLY, JJ., join the statement of CAVANAGH, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2006

          Clerk

p0131